Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Brandon L. Pang
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 0 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:25-CR-6022-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vio.: 18 U.S.C. §§ 922(g)(1), 924(a)(8) |
| CHRISTOPHER ALBERT BROTHERTON, | Felon in Possession of a Firearm |
| Defendant. | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

On or about October 12, 2023, in the Eastern District of Washington, the Defendant, CHRISTOPHER ALBERT BROTHERTON, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Girsan MC28 SA, 9mm pistol, bearing serial number T6368-21AV09439,

INDICTMENT – 1

which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, Defendant, CHRISTOPHER ALBERT BROTHERTON, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Girsan MC28 SA, 9mm pistol, bearing serial number T6368-21AV09439 and loaded ammunition.

DATED this 10 day of June 2025.

A TRUE BILL

_____

Foreperson

Rich Barker

_____
Richard R. Barker
Acting United States Attorney

Brandon L. Pang
Assistant United States Attorney

INDICTMENT – 2